IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD SMITH
ADC # 103093                                                                PLAINTIFF

v.                          No. 5:12-cv-409-DPM

SAMMY D. JOHNSON, CO-I, Pine Bluff Unit,
ADC, and T. DOBBS, Varner Unit, ADC                    DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed. His claims against Johnson are dismissed with prejudice; his claims against Dobbs are dismissed without prejudice. The failure-to-protect and conditions-of-confinement claims against Boultinghouse and Minor are dismissed without prejudice; his false-disciplinary and due-process claims are dismissed with prejudice. № 7. An *in forma pauperis* appeal from this Judgment and the related Orders would not be taken in good faith.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2013