## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JAMES EDWARD SMITH**
**ADC # 103093**                                                    **PLAINTIFF**

v.                              No. 5:12-cv-409-DPM

**SAMMY D. JOHNSON, CO-I, Pine Bluff Unit,**
**ADC, and T. DOBBS, Varner Unit, ADC**                    **DEFENDANTS**

### JUDGMENT

Smith's complaint is dismissed. His claims against Johnson are dismissed with prejudice; his claims against Dobbs are dismissed without prejudice. The failure-to-protect and conditions-of-confinement claims against Boultinghouse and Minor are dismissed without prejudice; his false-disciplinary and due-process claims are dismissed with prejudice. № 7. An *in forma pauperis* appeal from this Judgment and the related Orders would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

20 June 2013