IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD SMITH
ADC #103093                                                                PLAINTIFF

v.                          No. 5:12-cv-409-DPM-PSH

T. DOBBS, Varner Unit, ADC                                      DEFENDANT

ORDER

**1.** *Pro se* motion for reconsideration, № 77, denied without prejudice. The Court appointed counsel for Smith. № 49. Smith must speak to the Court only through his lawyer.

**2.** Motion, № 78, denied as moot. № 79.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 September 2017