# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES EDWARD SMITH
ADC #103093                                                                    PLAINTIFF

v.                                    No. 5:12-cv-409-DPM

T. DOBBS, Varner Unit, ADC                                          DEFENDANT

## ORDER

1. Status report, № 89, noted and appreciated. Smith's motion to withdraw his appeal, № 89, is granted. His appeal is dismissed without prejudice. FED. R. APP. P. 42(a). Counsel's motion to withdraw, № 82, is also denied without prejudice based on the status report.

2. The Court construes the status report as a motion to voluntarily dismiss. № 89. The motion is granted. FED. R. CIV. P. 41(a)(2). Smith's claims against Dobbs will be dismissed without prejudice.

3. Smith's motion for default is denied without prejudice as moot. № 72. The pending recommendation is declined as moot. № 87.

4. The Court appreciates appointed counsel's service. Any motion for reimbursement of expenses, LOCAL RULE 83.6, due by 13 November 2017.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

30 October 2017