IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD SMITH
ADC #103093                                                                PLAINTIFF

v.                        No. 5:12-cv-409-DPM

SAMMY D. JOHNSON, CO-I,
Pine Bluff Unit, ADC; T. DOBBS,
Varner Unit, ADC; DOUGLAS E.
BOULTINGHOUSE, Lt., Varner Unit,
ADC; and JUSTINE M. MINOR,
Disciplinary Hearing Officer,
Arkansas Department of Correction                           DEFENDANTS

## JUDGMENT

Smith's false disciplinary claim, due process claim, and claims against Defendant Johnson are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 October 2017