IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD SMITH
ADC #103093                                                        PLAINTIFF

v.                    No. 5:12-cv-409-DPM

T. DOBBS, Varner Unit, ADC;
DOUGLAS E. BOULTINGHOUSE,
Lieutenant, Varner Unit, ADC; and
JUSTINE M. MINOR, Disciplinary Hearing
Officer, Arkansas Department of Correction            DEFENDANTS

## ORDER

Davis's reimbursement request, № 93, is allowed in full. LOCAL RULE 83.6(5). The various expenses incurred were reasonable and necessary to the zealous prosecution of this case. The Court has consulted the Clerk and the Library Fund can afford to reimburse counsel. The Court directs the Clerk to do so and to put a copy of this Order and № 93 in the Library Fund file maintained by the Clerk.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2017